

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2014

No. 04-14-00841-CV

**IN RE** Rowland **MARTIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On December 3, 2014, relator Rowland Martin filed a petition for writs of mandamus and prohibition. On December 8, 2014 relator filed an emergency motion for temporary relief. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writs of mandamus and prohibition is DENIED. *See* TEX. R. APP. P. 52.8(a). Because this court has issued a stay in the related and currently pending interlocutory appeal, No. 04-14-00483-CV, relator's emergency motion for temporary relief in this proceeding is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on December 8, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI07644, styled *Edward L. Bravenec and 1216 West Ave., Inc. v. Rowland Martin Jr.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.